Prob 12B
(2/13)

# UNITED STATES DISTRICT COURT
## for the District of Maine

## Request for Modifying the Conditions or Term of Supervision
### With the Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Paul Gene Rockwood, JR          **Case Number**:  0100 2:17CR00061
a/k/a "BILAL"

**Sentencing Judicial Officer**:  Honorable Ralph R. Beistline, U.S. District Judge, District of Alaska

**Assigned Judicial Officer:** Honorable George Z. Singal, U.S. District Judge

**Date of Original Sentence**:  August 23, 2010

**Original Offense:**  False Statements to a Federal Agent in an Offense Involving Domestic Terrorism, 18 U.S.C. § 1001(a)(2)

**Original Sentence:**  96 Months Imprisonment; 3 Years Supervised Release

**Type of Supervision**: Supervised Release     **Date Supervision Commenced:** September 05, 2017

## PETITIONING THE COURT

☐ To extend the term of supervision for     years, for a total term of     years.
☒ To modify the conditions of supervision as follows:

### **Remove Special Condition numbers 3 and 6, and add the following:**

Defendant shall participate in mental health treatment, as directed by the supervising officer, until released from the program by the supervising officer. Defendant shall pay/co-pay for services during such treatment, to the supervising officer's satisfaction;

A United States probation officer may conduct a search of the defendant and of anything the defendant owns, uses, or possesses if the officer reasonably suspects that the defendant has violated a condition of supervised release and reasonably suspects that evidence of the violation will be found in the areas to be searched. Searches must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation of release.

ME Prob 12B
(2/13)

CAUSE

The U.S. Probation office, for the District of Maine, requests this modification to make the language consistent with the current special conditions in the District of Maine. As evidence by the attached Waiver of Hearing to Modify Conditions, Probation Form 49, the defendant has agreed to this modification.

Respectfully Submitted,

By:
Belinda S. Krouse
U.S. Probation Officer

Reviewed:

Bryce R. Turgeon
Supervisory U.S. Probation Officer
5/18/2020